DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN S. PATTERSON,**
Appellant,

v.

**CITY OF WEST PALM BEACH,**
Appellee.

No. 4D23-296

[August 23, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 50-2022-CA-001394-XXXX-MB.

Jonathan S. Patterson, West Palm Beach, pro se.

Anthony M. Stella, Assistant City Attorney II, Office of the City Attorney, City of West Palm Beach, West Palm Beach, for appellee.

PER CURIAM.

The court has reviewed appellant's brief and finds that no preliminary basis for reversal has been demonstrated. The appeal is therefore affirmed pursuant to Florida Rule of Appellate Procedure 9.315.

*Affirmed.*

DAMOORGIAN, CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***